ORDERED.

**Dated:  September 02, 2025**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 6:25-bk-04753-LVV
Chapter 7

GRACIELA ECHEVARRIA

_____/

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF LIBERIS US INC ON EXEMPT PROPERTY

THIS CASE came on for consideration, without hearing, of the Motion To Avoid Judicial Lien of Liberis US Inc (the "Motion") (Doc. No. 7) filed pursuant to the negative notice provisions of Local Rule 2002-4.  The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. Accordingly, it is

**ORDERED**

1.      The Motion is GRANTED.

2.      Because the judicial lien of Liberis US Inc, created by the recordation of a judgment on August 22, 2024 with Document No. 20240489747 in the Public Records of Orange County, Florida impairs the Debtor's homestead property located at 14342 Breda Center Loop, Winter

Garden, Florida and legally described as: LAKE HANCOCK PRESERVE 84/54 LOT 48 the Lien is hereby avoided pursuant to 11 U.S.C. § 522(f).

3.      Unless the Debtor's bankruptcy case is dismissed, the Lien is hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the Debtor's property described above.

Attorney Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

1813352 v2                                                         2