ORDERED.

**Dated: September 03, 2025**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 6:25-bk-04753-LVV
Chapter 7

GRACIELA ECHEVARRIA

_____/

### AGREED ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF CUSTOMERS BANK ON EXEMPT PROPERTY

THIS CASE came on for consideration, without hearing, of the Motion To Avoid Judicial Lien of Customers Bank (the "Motion") (Doc. No. 8) filed pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the Objection to the relief requested in the Motion by Customers Bank (Doc. No. 14). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry.

Accordingly, it is

**ORDERED**

1.     The Motion is GRANTED.

2.     The effect of the ruling is directed solely to the judicial lien of Customers Bank, created by the recordation of a partial summary judgment of foreclosure on February 10th, 2025 with Document No. 20250074704 in the Public Records of Orange County, Florida, which was

alleged to have impaired the Debtor's homestead property located at 14342 Breda Center Loop, Winter Garden, Florida and legally described as: LAKE HANCOCK PRESERVE 84/54 LOT 48 the Lien is hereby avoided pursuant to 11 U.S.C. § 522(f).

3.  Unless the Debtor's bankruptcy case is dismissed, the aforementioned Lien is hereby extinguished and shall not survive the bankruptcy nor affix to or remain enforceable against the Debtor's property described above.

4.  The Florida Real Estate Mortgage dated December 13th, 2018 recorded on December 18th, 2018 and assigned Doc# 20190728137 in the public records of Orange County Florida. remains in place.

Attorney Arvind Mahendru is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.